

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-12-00753-CR

Trial Court Cause
Number:      1255839

Style:      Brandon James Joseph

**v** The State of Texas

Date motion filed[*]:      June 10, 2013

Type of motion:      "Motion to Suppress Illegal Identification"

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒  Denied

☐  Dismissed (*e.g.*, want of jurisdiction, moot)

☐  Other:  The motion is denied.  The argument will be taken with the case.

Judge's signature: /s/ Jane Bland
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: June 21, 2013